REBECCA SWIDLER et al., Appellants, *v.* KNOCKLONG CORP. et al., Respondents.

Submitted May 28, 1951; decided June 1, 1951.

*Mildred McGinity* for motion.

*Charles L. Raskin* and *Jacob Krisel* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.